1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7  JEREMY P. PUCKETT,

8            Petitioner,                    No. CIV S-06-1200 FCD CMK P

9       vs.

10  T. FELKER, et al.,

11           Respondents.              ORDER

12  _____/

13        Petitioner has requested the appointment of counsel. There currently exists no

14  absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d

15  453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

16  any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing

17  § 2254 Cases. In the present case, the court does not find that the interests of justice would be

18  served by the appointment of counsel at the present time.

19        Accordingly, IT IS HEREBY ORDERED that petitioner's June 2, 2006 request

20  for appointment of counsel is denied without prejudice to a renewal of the motion at a later stage

21  of the proceedings.

22

23  DATED:   June 8, 2006.

24

25  _____
    **CRAIG M. KELLISON**
26  UNITED STATES MAGISTRATE JUDGE