IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,                    No. CIV S-06-1200 FCD CMK P

    vs.

T. FELKER, et al.,

    Respondents.              ORDER

_____/

        On August 3, 2006, plaintiff filed a motion for reconsideration of the magistrate judge's order filed June 9, 2006, denying appointment of counsel.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 9, 2006, is affirmed.

DATED: September 6, 2006

                                                    /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL JR.
                                                    United States District Judge