IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JEREMY P. PUCKETT,**

                    Petitioner,

    v.

**T. FELKER, et al.,**

                    Respondent.

CIV-S-06-1200 FCD CMK P

**ORDER GRANTING ENLARGEMENT OF TIME**

       GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's Petition for Writ of Habeas corpus be filed on or before October 23, 2006.

DATED: September 11, 2006.

_____

**CRAIG M. KELLISON**

UNITED STATES MAGISTRATE JUDGE