1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JEREMY P. PUCKETT,

11              Petitioner,                    No. CIV S-06-1200 FCD CMK P

12        vs.

13   T. FELKER, Warden,

14              Respondent.

15   _____/        ORDER

16              Good cause appearing, petitioner is granted a thirty day extension of time to file a

17   traverse.  Petitioner's traverse is due thirty days from the date this order is filed.

18

19              IT IS SO ORDERED.

20

21   DATED:   November 9, 2006.

22

23                                   _____

24                                   CRAIG M. KELLISON
                                     UNITED STATES MAGISTRATE JUDGE

25

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26