IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,                     No. CIV S-06-1200 FCD CMK P

    vs.

T. FELKER, Warden,

    Respondent.

_____/       <u>ORDER</u>

    On November 21, 2006, petitioner filed a motion for a thirty day extension of time to file a traverse. Petitioner previously filed a request for an extension of time on November 3, 2006, which was granted by the court making his traverse due on December 13, 2006. However, in his most recent request, petitioner requests that he be granted an extension until December 23, 2006. Petitioner avers that he needs such extension due to lockdown conditions at his prison.

    Accordingly, IT IS ORDERED that the court will grant petitioner an extension of time up to, and including, December 23, 2006 to file his traverse.

DATED: November 28, 2006.

                                 **CRAIG M. KELLISON**
                                 UNITED STATES MAGISTRATE JUDGE