IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,                                    No. CIV S-06-1200 FCD CMK P

    vs.

T. FELKER, Warden,

    Respondent.

_____/        <u>ORDER</u>

        Good cause appearing, petitioner is granted leave to file a traverse which exceeds ten pages. Petitioner is cautioned that he need not include evidence with his traverse which has already been included in respondent's answer to the habeas petition. For instance, petitioner need not include a statement of facts as summarized by the Court of Appeal or the standards for granting habeas relief. Petitioner's traverse shall not exceed fifty pages.

        IT IS SO ORDERED.

DATED: November 30, 2006.

                                                                      **CRAIG M. KELLISON**
                                                                      UNITED STATES MAGISTRATE JUDGE