IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,                        No. CIV S-06-1200 FCD CMK P

    vs.

T. FELKER, Warden,

    Respondent.

_____/        <u>ORDER</u>

        Good cause appearing, petitioner is granted a thirty day extension of time to file a traverse. (Doc. 34)  Petitioner's traverse is due thirty days from the date this order is filed. Petitioner also seeks leave to file a traverse which exceeds fifty pages. (Doc. 33)  Specifically, he seeks to leave to file a seventy page traverse.  The court grants petitioner leave to file a seventy page traverse.  Petitioner is reminded of his obligation to file a chambers copy this document. <u>See</u> Local Rule 5-133(f).

        IT IS SO ORDERED.

DATED:  December 21, 2006.

                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE