IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

    Petitioner,                    No. CIV S-06-1200 FCD CMK P

    vs.

T. FELKER, Warden,

    Respondent.

_____/        ORDER

       On April 19, 2007, petitioner filed a request for an extension of time to reply to respondent's opposition to his motion for an evidentiary hearing. Good Cause appearing, the time is extended up to and including May 10, 2007 for petitioner to file a reply to respondent's opposition to his motion for an evidentiary hearing.

       IT IS SO ORDERED.

DATED: April 24, 2007.

                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE