**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY P. PUCKETT, | No. CIV S-06-1200-FCD-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| T. FELKER, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's motion to stay any further proceedings (Doc. 48) filed July 11, 2007.

      Petitioner claims in his motion that his legal materials and other personal items were lost or destroyed during a prison yard search. He is therefore requesting the court stay all proceedings in this case until his prison grievance is exhausted.

      Petitioner filed his petition on June 2, 2006. Respondent filed an answer on October 23, 2006. Petitioner then filed his traverse on December 22, 2006. Petitioner's request for an evidentiary hearing has been denied. This case is now submitted on its merits, and is ready for a decision. Petitioner is not required to file any additional documents in this case.

1

1  Therefore, petitioner's motion to stay this case pending resolution of his grievance concerning
2  missing documents is denied as unnecessary.

3      Petitioner has also requested copies of all filed documents and legal work in this
4  matter.  This request is denied without prejudice to renewal, if necessary, following resolution of
5  petitioner's prison grievance.  As stated above, it is not necessary for petitioner to submit any
6  additional documents at this point in the proceedings.

7      Finally, petitioner has requested appointment of counsel.  This request is denied.
8  There currently exists no absolute right to appointment of counsel in habeas proceedings.  See
9  Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes
10 the appointment of counsel at any stage of the case "if the interests of justice so require."  See
11 Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does not find that the
12 interests of justice would be served by the appointment of counsel at the present time.

13     Accordingly, IT IS HEREBY ORDERED that:

14     1. Petitioner's motion to stay any further proceedings (Doc. 48) is denied;

15     2. Petitioner's request for copies of all filed documents is denied without
16 prejudice; and

17     3. Petitioner's request for appointment of counsel is denied.

19 DATED:  July 25, 2007.

21                                 **CRAIG M. KELLISON**
22                                 UNITED STATES MAGISTRATE JUDGE