IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,                     No. CIV S-06-1200-FCD-CMK-P

    Petitioner,

  vs.                                 ORDER

T. FELKER, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is Petitioner's request (Doc. 53) for copies of a document he filed with the court on or about July 8, 2007.

    There was no document filed on July 8, 2007, but there was a motion to stay any further proceedings filed on July 11, 2007 (Doc. 48). This motion was denied (Doc. 49) because this case is submitted on its merits, and petitioner does not have anything left to do in this matter. Petitioner's request for copies of all documents filed in this case was also denied, without prejudice.

    Petitioner has now resolved his 602 inmate grievance for replacement of his lost legal work. He is requesting a copy of his previous motion (Doc. 48) which lists his legal work

1

that was lost during the search of his cell.  The court, as a general rule, does not provide copies of documents filed.  However, petitioner is requesting a copy of one document in order to facilitate the prison replacing documents they lost.  As a one time courtesy, this request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for a copy of his motion to stay proceedings (Doc. 48) is granted; and

2. The Clerk of the Court is directed to provide plaintiff a copy of Document (48) at no charge, as a one time courtesy.

DATED: January 10, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2