IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY P. PUCKETT, | No. CIV S-06-1200-FCD-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| T. FELKER, et al., | |
|     Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is another request from petitioner for copies of lodged documents (Doc. 56).

On January 11, 2008, the court granted petitioner's request for a copy of his previous motion, which is what the court thought petitioner was requesting. Petitioner has now filed another request, in which he states it was not his previous motion he wanted copies of, but rather, he wants copies of discovery and lodged documents. Petitioner claims these copies are needed because his legal documents were lost by the prison, and he needs them for defending himself on appeal.

///

1

Petitioner's request will be denied. As petitioner was previously informed, the court as a general rule does not provide copies of documents filed with the court. To the extent petitioner claims the documents he is requesting are necessary for defending himself on appeal, that request is premature because this court has not entered final judgment so there is currently nothing for plaintiff to appeal. To the extent petitioner is concerned about advocating his case before this court, petitioner filed his traverse on December 22, 2006, so this case is submitted and there is nothing further for petitioner to file.

If petitioner feels he is in need of documents filed with this court, he can obtain copies of documents at his own expense from Attorney's Diversified Services (ADS): 1424 21st Street, Sacramento, CA 95814. Their phone number is 916-441-4396. Alternatively, the court will provide copies of the docket sheet at $0.50 per page. Checks in the exact amount are made payable to "Clerk, USDC." In forma pauperis status does not include the cost of copies. However, ADS will only be able to copy those documents filed and/or lodged with the court. Discovery responses are generally not filed and/or lodged with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for copies is denied; and

2. Petitioner may obtain copies of documents at his own expense through Attorney's Diversified Services.

DATED: February 19, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE