UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Puckett v. Felker | Case No. 2:06-cv-01200-RSL | |
| Jackson v. Felker | Case No. 2:07-cv-00555-RSL | |
| Johnson v. Kane | Case No. 2:07-cv-00712-RSL | |
| Gonzales v. Kirkland | Case No. 2:07-cv-00882-RSL | ORDER OF REASSIGNMENT |
| Rogers v. Horel | Case No. 2:07-cv-01297-RSL | |
| Rich v. Rodriguez | Case No. 2:08-cv-00951-RSL | |
| Congdon v. Lenke | Case No. 2:08-cv-01065-RSL | |
| Townsend v. CSP Solano | Case No. 2:08-cv-01177-RSL | |

Pursuant to the Order of Designation of United States District Judge to Serve in Another District Within the Ninth Circuit, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

Each of the cases listed in the caption above is reassigned to the Honorable Robert J. Bryan for all further proceedings.

ORDER OF REASSIGNMENT -1

The new case number for each action, as listed below, must be used on all future documents filed with this court:

| | |
|---|---|
| Puckett v. Felker | Case No. 2:06-cv-01200-RJB |
| Jackson v. Felker | Case No. 2:07-cv-00555-RJB |
| Johnson v. Kane | Case No. 2:07-cv-00712-RJB |
| Gonzales v. Kirkland | Case No. 2:07-cv-00882-RJB |
| Rogers v. Horel | Case No. 2:07-cv-01297-RJB |
| Rich v. Rodriguez | Case No. 2:08-cv-00951-RJB |
| Congdon v. Lenke | Case No. 2:08-cv-01065-RJB |
| Townsend v. CSP Solano | Case No. 2:08-cv-01177-RJB |

All dates currently set in each of these actions shall remain pending, subject to further order of the court.

Dated this 21st of January 2009.

_____
Robert S. Lasnik
Chief United States District Judge

ORDER OF REASSIGNMENT -2