IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

JEREMY P. PUCKETT,

        Petitioner,

v.

T. FELKER,

        Respondent.

Case No. CIV 06-1200RJB

ORDER GRANTING MOTION FOR EXTENSION OF TIME TO APPEAL

    This matter comes before the court on petitioner's request for an extension of time to file an appeal. Dkt. 65. The court has considered the relevant documents and the remainder of the file herein.

    On February 13, 2009, an order was entered, denying petitioner's petition for writ of habeas corpus and denying a Certificate of Appealability. Dkt. 63. On February 24, 2009, petitioner filed a motion, requesting that he be permitted an additional 30 days to file a notice of appeal and a request for a Certificate of Appealability. Dkt. 65. Petitioner contends that he needs the extra time because of limited access to the library.

    In a civil case, a notice of appeal must be filed with the district court within 30 days after the judgment or order appealed from is entered. Fed.R.App.P. 4(a)(1). Pursuant to Fed.R.App.P. 4(a)(5)(A), the district court may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and (ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

ORDER
Page - 1

1    Petitioner timely filed this motion for an extension of time.  He has shown good cause for extending
2 the time for filing a notice of appeal.  The motion should be granted.
3    The court notes that a Certificate of Appealability was denied by the court's February 13, 2008
4 order.  Accordingly, any request for a Certificate of Appealability that petitioner files in this case should be
5 forwarded to the Ninth Circuit U.S. Court of Appeals.
6    Therefore, it is hereby
7    **ORDERED** that petitioner's motion for an extension of time to file an appeal (Dkt. 65) is
8 **GRANTED**.  Any appeal petitioner files in this case shall be filed no later than April 14, 2009.
9    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any
10 party appearing *pro se* at said party's last known address. The Clerk is further directed to send to the Ninth
11 Circuit U.S. Court of Appeals any request filed by petitioner for a Certificate of Appealability.
12    DATED this 25th day of February, 2009.

/s/ Robert J. Bryan
ROBERT J. BRYAN
United States District Judge